B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Lydia Cladek, Inc. ,  Case No. _____
        Debtor
                                                                     Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| | See attachment. | | | |

Date: _____

                                                            Debtor

*[Declaration as in Form 2]*

# Lydia Cladek, Inc. - Continuation Sheet

## 20 Largest Unsecured Creditors

| Creditor | Type | Status | Amount |
|---|---|---|---|
| Noel & Bennett Gell<br>9075 June Lane<br>St. Augustine, FL 32080 | Contract | Unliquidated | 1,000,000 |
| C. L. Anderson<br>1331 First Street North<br>Jacksonville, FL 32250 | Contract | Unliquidated | 1,000,000 |
| Edward Cladek<br>P.O. Box 183<br>Hinsdale, IL 60522-0183 | Contract | Unliquidated | 1,000,000 |
| Richard Rakus<br>876 Palermo Road<br>St. Augustine, FL 32086 | Contract | Unliquidated | 1,000,000 |
| Rudolph Danowski<br>127 Hogsback Road<br>Oxford, CT | Contract | Unliquidated | 1,000,000 |
| Charles A. Mandeville<br>2942 N. Shell Road<br>Deland, FL 32720 | Contract | Unliquidated | 1,000,000 |
| Donald Rodbill<br>222 N. Forest Dune Drive<br>St. Augustine, FL 32080 | Contract | Unliquidated | 1,000,000 |
| Terry & Hollace Lichty | Contract | Unliquidated | 1,000,000 |